**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C., <br>     Plaintiff, <br><br> v. <br><br> CIVICSMART, INC and DUNCAN PARKING TECHNOLOGIES, INC, <br>     Defendants. | CIVIL ACTION NO. 24-cv-10999-DJC <br><br> **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The parties, by and through their undersigned counsel and pursuant to Rule 41 and the terms of the parties' Settlement Agreement hereby request that the Court dismiss this action without prejudice and with the right to reopen to file a Consent Judgment in the event of Defendants' default of the Settlement Agreement. The Settlement Agreement and Consent Judgment, which are only to be entered upon default, are attached hereto under seal as exhibits. In addition, Defendants hereby consent to the jurisdiction of this Court for all purposes.

| | |
|---|---|
| Dated: July 31, 2024 | Respectfully submitted, |
| MINTZ, LEVIN, COHN, FERRIS GLOVSKY and POPEO, P.C. <br> By its attorneys, | CIVICSMART, INC. and DUNCAN PARKING TECHNOLOGIES, INC. |
| */s/ Brendan J. Lowd* <br> Michael S. Gardener, BBO #185040 <br> Brendan J. Lowd, BBO #687606 <br> Mintz, Levin, Cohn, Ferris <br> Glovsky and Popeo, P.C. <br> One Financial Center <br> Boston, MA 02111 <br> (617) 542-6000 <br> MSGardener@mintz.com <br> BJLowd@mintz.com | */s/ Gabriel E. Bedoya* <br> Gabriel E. Bedoya <br> Honigman LLP <br> 2290 First National Building <br> 660 Woodward Avenue <br> Detroit, MI 48226-3506 <br> (313) 465-7254 <br> gbedoya@honigman.com <br><br> **SO ORDERED** <br><br> _____ <br> **USDJ** |